UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J. MCCAIG, ON BEHALF OF
TAMMY R. MCCAIG, DECEASED,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

Case No. 16-11419

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE STEPHANIE
DAWKINS DAVIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [15]; GRANTING PLAINTIFF'S[1] MOTION FOR SUMMARY JUDGMENT [11]; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12]**

On August 25, 2017, the Magistrate Judge issued a Report and Recommendation ("R&R") [Dkt. 15] on the parties' motions for summary judgment [11, 12]. Neither party filed any objection to the Report and Recommendation. The Magistrate Judge determined that the matter should be remanded because the ALJ's Residual Functional Capacity ("RFC") decision was not supported by substantial evidence in the record. The Magistrate Judge held that the ALJ failed "to provide an accurate and logical bridge between the evidence and

---

[1] "Plaintiff" is used to refer to Tammy McCaig, the deceased claimant, and/or her husband, Patrick McCaig, who continues to pursue her claim on her behalf.

the result." *Gross v. Comm'r of Soc. Sec.*, No. 16-10365, 2017 WL 1151099, at *6 (E.D. Mich. Mar. 28, 2017).

The Court having reviewed the record, the Report and Recommendation [15] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **GRANTED**. The findings of the Commissioner are **REVERSED** and Plaintiff's claims are **REMANDED** to the Commissioner for further proceedings consistent with this Order.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [12] is **DENIED**.

**SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
Dated: September 21, 2017          Senior United States District Judge